NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1543

Robert M. Gates, SECRETARY OF DEFENSE,

Appellant,

v.

RAYTHEON COMPANY,

Appellee.

Appeal from the Armed Services Board of Contract Appeals in no. 54907, Administrative Judge Jack Delman.

ON MOTION

Upon consideration of the Secretary of Defense's unopposed motion for leave to file a corrected joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 0 4 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: C. Coleman Bird, Esq.
Karen L. Manos, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2009

JAN HORBALY
CLERK